# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **MARIA IVETTE ORTIZ RIVERA**

Bankruptcy Number:**14-00792-BKT**

**Chapter 13**

---

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

---

Petition Filing Date: **02/05/2014**

Days From Petition Date: **35**

910 Days Before Petition: **08/10/2011**

Chapter 13 Plan Date: **02/05/2014** ☐ Amended

This is the Debtor(s) 1 Bankruptcy petition.

Payment(s) ☑ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: **03/12/2014 at 1:00PM**

341 Meeting Date: **03/12/2014 at 1:00PM**

Confirmation Hearing Date: **04/11/2014 at 2:30PM**

Plan Base:**$29,800.00** Plan Docket #**2**

This is the 1 scheduled meeting.

Total Paid In: **$380.00**

---

\*APPEREANCES: ☐ Telephone ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☑ Examined ☐ Not Examined under Oath        ☐ Examined ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present        ☑ None

_____

---

\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**        Paid Pre-Petition: **$169.00**        Outstanding (Through the Plan): **$2,831.00**

---

\*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☑ Above Median Income        Liquidation Value: $ 0.00

Commitment Period is ☐ 36 months ☑ 60 months §1325(b)(1)(B)        Projected Disp. Inc.: $ $16,275.60

<u>The Trustee:</u> ☐ NOT OBJECTS ☑ <u>OBJECTS</u> <u>Plan Confirmation</u>        Gen. Uns. Approx. Dist.: 40.18 %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ Document HELD FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

\*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1322(b)(1)] Discriminate unfairly against a designated class.

Debtor intends to protect a co debtor. Evidence of a co debtor in CFSE's loan is yet to be presented.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

- Fails to disclose income.

Debtor can only retain up to $1,200.00 of his Christmas Bonus. Any excess over said amount must be surrendered on a yearly to fund the plan. Debtor's Bonus averages $3,325.00 gross or $2,804.64 net. Evidence of Christmas Bonus was presented.

Debtor's spouse's income (gross) totals $3,718.84 as per evidence submitted.
Debtor's plan fails to include a step up on February 2018 in the amount of $400.00 (monthly payment $464.00) upon the maturity date of the retirement loan.

Debtor's plan fails to include a step up upon the maturity of the vehicle loan (March 2018) in the amount of $500.00 ($592.00 monthly payment).

\*OTHER COMMENTS / OBJECTIONS

Debtor will upload local tax return for year 2013.

Means Test errors: line 27 should read 2 or more.
Also there is a difference in over all income between what was listed and what is revealed by pay stubs of $198.23.
Line 47 should be amended to remove AEELA, CoopFondo for they are shares.
These changes generate a disposable income of $271.26 or a pool of $16,275.60.

The Trustee objects the 24 month term for the $7,000.00 lump sum payment. Debtor should have said funds in the next 6 months.

Debtor intends to request the liquidation of 8 sick days in order to "get her finances together". The Trustee does not approve said liquidation.

---

/s/ Jose R. Carrion, Esq.         Meeting Date: Mar 12, 2014

    **Trustee**

/s/ Nannette Godreau, Esq.

    **Presiding Officer**