IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-00792 BKT |
| MARIA IVETTE ORTIZ RIVERA | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULES "I" and "J"**

**TO THE HONORABLE COURT:**

**COMES NOW, MARIA IVETTE ORTIZ RIVERA**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedules "I" and "J"**, dated April 5, 2014, herewith and attached to this motion.

2. This amendment to Schedule "I" is filed to correct the debtor's common-law spouse's income and their actual expenses.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 14-00792 BKT13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

Debtor 1: **MARIA IVETTE ORTIZ RIVERA**
First Name / Middle Name / Last Name

Debtor 2:
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: **3:14-bk-792**
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | Nurse | |
| Employer's name | Corporacion Fondo Del Seguro Del | RETIREMENT PENSION |
| Employer's address | PO Box 365028<br>Number Street<br><br>San Juan, PR 00936-5028<br>City State ZIP Code | PO Box 42003<br>Number Street<br><br>San Juan, PR 00940-2203<br>City State ZIP Code |
| How long employed there? | 15 years and 10 months | 7 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,695.00 | $ 3,718.84 |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 4,695.00 | $ 3,718.84 |

Official Form 6I                    Schedule I: Your Income                    page 1

Debtor 1 **MARIA IVETTE ORTIZ RIVERA**
First Name   Middle Name   Last Name

Case number (if known) **3:14-bk-792**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................................... → 4. | | $ 4,695.00 | $ 3,718.84 |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 688.36 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 340.28 | $ 0.00 |
| 5e. Insurance | 5e. | $ 602.30 | $ 115.06 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 24.00 | $ 0.00 |
| 5h. Other deductions. Specify: See Schedule Attached | 5h. +$ 1,318.30 | + $ 455.56 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 2,509.24    $ 459.06

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 2,185.76    $ 3,259.78

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00    $ 0.00

   8b. Interest and dividends   8b.   $ 0.00    $ 0.00

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00    $ 0.00

   8d. Unemployment compensation   8d.   $ 0.00    $ 0.00

   8e. Social Security   8e.   $ 0.00    $ 0.00

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00    $ 0.00

   8g. Pension or retirement income   8g.   $ 0.00    $ 0.00

   8h. Other monthly income. Specify: Christmas Bonus $2804.64/12   8h. +$ 233.72   + $ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 233.72    $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 2,419.48 + $ 3,259.78 = $ 5,679.26

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 5,679.26
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain: None

Official Form 6I    Schedule I: Your Income    page 2

IN RE ORTIZ RIVERA, MARIA IVETTE                                    Case No. 3:14-bk-792
                    Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| Retire | 464.00 | 0.00 |
| PREst HIPOTECARIO RETIRO | 693.00 | 0.00 |
| Fondos Unidos | 1.00 | 0.00 |
| Causas Beneficas | 2.00 | 0.00 |
| Seg Asoc Emp | 7.50 | 0.00 |
| Ret Seg iNCAP | 11.60 | 0.00 |
| AE-Asoc Empl Gob / Savings | 139.20 | 0.00 |
| Ahorros Aeela | 0.00 | 111.56 |
| Coop EMPL FSE | 0.00 | 344.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1: MARIA IVETTE ORTIZ RIVERA
    First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 3:14-bk-792
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 7 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   If not included in line 4:

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 100.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

Official Form 6J    Schedule J: Your Expenses    page 1

Debtor 1 **MARIA IVETTE ORTIZ RIVERA**
First Name    Middle Name    Last Name

Case number (if known) **3:14-bk-792**

| | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. Utilities: | | |
|    6a. Electricity, heat, natural gas | 6a. | $ 180.00 |
|    6b. Water, sewer, garbage collection | 6b. | $ 71.51 |
|    6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
|    6d. Other. Specify: **See Schedule Attached** | 6d. | $ 499.00 |
| 7. Food and housekeeping supplies | 7. | $ 520.00 |
| 8. Childcare and children's education costs | 8. | $ 425.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 85.00 |
| 10. Personal care products and services | 10. | $ 35.00 |
| 11. Medical and dental expenses | 11. | $ 30.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 460.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 80.00 |
| 14. Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|    15a. Life insurance | 15a. | $ 0.00 |
|    15b. Health insurance | 15b. | $ 0.00 |
|    15c. Vehicle insurance | 15c. | $ 0.00 |
|    15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. Installment or lease payments: | | |
|    17a. Car payments for Vehicle 1 | 17a. | $ 592.00 |
|    17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
|    17c. Other. Specify: _____ | 17c. | $ 0.00 |
|    17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18. | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
|    20a. Mortgages on other property | 20a. | $ 0.00 |
|    20b. Real estate taxes | 20b. | $ 0.00 |
|    20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
|    20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
|    20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1 __MARIA IVETTE ORTIZ RIVERA__  
        First Name    Middle Name    Last Name

Case number *(if known)* __3:14-bk-792__

21. Other. Specify: __See Schedule Attached__      21. +$ __2,221.75__

22. **Your monthly expenses.** Add lines 4 through 21.  
    The result is your monthly expenses.      22. $ __5,299.26__

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from *Schedule I*.      23a. $ __5,679.26__

    23b. Copy your monthly expenses from line 22 above.      23b. −$ __5,299.26__

    23c. Subtract your monthly expenses from your monthly income.  
    The result is your *monthly net income*.      23c. $ __380.00__

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.  
    ☐ Yes. None

IN RE ORTIZ RIVERA, MARIA IVETTE                                  Case No. 3:14-bk-792
                         Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| **Other Utilities (DEBTOR)** | |
| Cellular /3 | 355.00 |
| Internet | 45.00 |
| Satelite | 99.00 |
| **Other Expenses (DEBTOR)** | |
| Tolls (Debtor) | 25.00 |
| Back To School $ 400.00/12 | 33.00 |
| School Expenses (Lunch, Materials, Other) | 273.00 |
| Lunch At Medical Appointments (Spouse) | 30.00 |
| Uniforms Expenses (Debtor) $120/12 | 10.00 |
| Beauty (Debtor) | 55.00 |
| Cigarettes (Spouse) | 65.00 |
| School Tuition (Annual) $460.00/12 | 38.00 |
| Tolls (Spouse) | 5.00 |
| Car Annual Registration Fees $184/12 | 15.34 |
| Lunch At Work (Debtor) | 173.34 |
| Car Maintenance (Spouse) | 50.42 |
| Car Maintenance (Debtor) | 50.42 |
| Common Law Spouse Expenses | 1,351.30 |
| School Expenses (BOOKS $379/12) | 31.59 |
| Car Annual Registration Fees $184/12 (SPOUSE) | 15.34 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>ORTIZ RIVERA, MARIA IVETTE</u>                                  Case No. <u>3:14-bk-792</u>
                         Debtor(s)                                                            (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __7__ sheets [Sch. "I" & "J"], and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 5, 2014**         Signature: /s/ Maria I. Ortiz Rivera
                                 **MARIA I ORTIZ RIVERA**
                                                                               Debtor

Date: _____             Signature: _____
                                                                    (Joint Debtor, if any)
                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          RELIABLE FINANCIAL SERVICES           US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 21382                          Jose V Toledo Fed Bldg & US Courthouse
Case 14-00792-BKT13                      SAN JUAN, PR 00928-1382               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                        San Juan, PR 00901-1964
Old San Juan
Sun Apr  6 07:50:33 AST 2014

Asociacion De Empleados De Gobierno      Asociacion de Empleados de Ela        BANCO POPULAR DE PR
PO Box 70199                             PO Box 70290                          Prestamo Hipotecario
San Juan, PR  00936-8199                 San Juan, PR 00936-8290               PO Box 362708
                                                                               San Juan, PR  00936-2708


Chld/cbna                                Coop A/C Yabucoena y/o Yabucoop       DTOP
PO Box 6497                              Sistema De Retiro                     PO Box 41269 MINILLAS STATION
Sioux Falls, SD 57117-6497               PO Box 1                              SAN JUAN, PR  00940-1269
                                         Yabucoa, PR  00767-0001


Fondo Coop                               Gecrb/JC Penney PR                    Gladymir Lopez Rodriguez
Minillas Sta PO BOX 42006                PO Box 965007                         HC 04 Box 4088
San Juan, PR  00940-2006                 Orlando, FL 32896-5007                Humacao, PR 00791-8907


(p)CITIBANK                              Radio/cbna                            Sears Credit Cards
PO BOX 790034                            PO Box 6497                           PO Box 183081
ST LOUIS MO 63179-0034                   Sioux Falls, SD 57117-6497            Columbus, OH 43218-3081


Sears/Cbna                               Sistema De Retiro                     JOSE RAMON CARRION MORALES
PO Box 6283                              PO Box 42003                          PO BOX 9023884
Sioux Falls, SD  57117-6283              San Juan, PR  00940-2203              SAN JUAN, PR 00902-3884


MARIA IVETTE ORTIZ RIVERA                MONSITA LECAROZ ARRIBAS               ROBERTO FIGUEROA CARRASQUILLO
PO BOX 1206                              OFFICE OF THE US TRUSTEE (UST)        PO BOX 186
YABUCOA, PR 00767-1206                   OCHOA BUILDING                        CAGUAS, PR 00726-0186
                                         500 TANCA STREET   SUITE 301
                                         SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Radio Shack                              (d)The Children's Place Plan
PO Box 183015                            PO Box 183015
Columbus, OH 43218-3015                  Columbus, OH 43218-3015
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR  00928-1382

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21