IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA IVETTE ORTIZ RIVERA

DEBTOR

CASE NO. 14-00792-BKT

CHAPTER 13

## APPLICATION FOR AUTHORIZATION TO RETAIN COUNSEL

TO THE HONORABLE COURT:

**COMES NOW, MARIA IVETTE ORTIZ RIVERA,** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. Debtor filed the instant case on February 5, 2014.

2. Debtor desires and requires the employment of Carlos J. Correa Ramos, Esq. as counsel in order to continue to litigate an action commenced in state court by debtor against *Mapfre/Praico Ins. Co.; Juan I. Lopez Malave; Demandados Desconocidos A, B, C,; Aseguradoras X, y Z*, and also to litigate possible claims against that defendant(s) and /or any insurance agencies.

3. Debtor believes that because Carlos J. Correa Ramos, Esq. has already been litigating in debtor's representation in this Civil action brought by debtor, it would be in the best interest of all parties that he continues representing debtor in matter related to *Maria I. Ortiz Rivera; Corporacion del Fondo del Seguro del Estado Vs. Mapfre/Praico Ins. Co.; Juan I. Lopez Malave; Demandados Desconocidos A, B, C,; Aseguradoras X, y Z* [Civil Case No. H SCI 2012-00561]. Debtor feels that Carlos J. Correa Ramos, Esq. is qualified to render the foregoing services.

4. The professional services that Carlos J. Correa Ramos, Esq. would perform are summarized as follows:

    a)    To prepare motions, pleading, orders, adversary proceedings, and other legal documents necessary in the litigation of any claims in favor of debtor.

    b)    To represent debtor in any negotiations with defendant or any insurance agencies.

    c)    To render legal counseling, legal opinions, prepare legal documents when deemed necessary and/or advisable, as these may relate to any claims initiated against defendant and/or any insurance agencies or in favor of debtor.

Page -2-
Application for Authorization to Retain Counsel
Case No. 14-00792-BKT13

5. Based upon the Declaration attached hereto and marked as Exhibit #1, debtor believes that said Carlos J. Correa Ramos, Esq. does not hold or represents any interest adverse to the debtor or the debtor's estate and is a disinterested person within the meaning of 11 U.S.C. §101(13); and to the best of debtor's knowledge, he is not related or otherwise connected with the debtor, debtor's counsel or the United States Trustee, or any person employed by the Office of the United States Trustee, or any other party in interest.

6. Debtor has been informed that the normal billing rate of said attorney is this case is 33% of the proceeds ("contingency basis"). Debtor discussed with Carlos J. Correa Ramos, Esq. his availability to be employed as special counsel in this case and to perform the services required.

7. Carlos J. Correa Ramos, Esq. represented debtor prior to the bankruptcy petition, and no claim is being made against the estate for prior services and there are no outstanding bills or invoices to be paid to him.

8. Carlos J. Correa Ramos, Esq. also discloses that he has no agreement to share compensation or reimbursement to be received in this case with any person or entity.

**WHEREFORE** it is respectfully requested that debtor be authorized to employ Carlos J. Correa Ramos, Esq. as counsel, to render the services as described in the foregoing application, with compensation to be paid at the end of the civil case.

**I HEREBY CERTIFY** that a copy of this motion has been sent to creditors and all parties in interest as per matrix attached; also to the Chapter 13 Trustee and to the US Trustee.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 29 day of April, 2014.

/s/ *Carlos J. Correa Ramos*
CARLOS J. CORREA RAMOS
#1 MUÑOZ RIVERA
NAGUABO, PR 00718
PO BOX 546 NAGUABO, PR 00718
TEL & FAX NO (787)874-2487

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA-CARRASQUILLO
USDC-PR #203614
PO BOX 186 CAGUAS, PR 00726
TEL NO (787)744-7699
FAX NO (787)746-5294

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

MARIA IVETTE ORTIZ RIVERA

CASE NO. 14-00792-BKT

DEBTOR (S)

CHAPTER 13

## DECLARATION

I, Carlos J. Correa Ramos, Esq., declare:

1. That I am an attorney duly admitted to practice before the Courts of the Commonwealth of Puerto Rico.

2. That I am the attorney for debtor in Civil Case No. H SCI 2012-00561 *Maria I. Ortiz Rivera; Corporación del Fondo del Seguro del Estado Vs. Mapfre/Praico Ins. Co.; Juan I. Lopez Malave; Demandados Desconocidos A, B, C; Aseguradoras X, Y, y Z*, brought by debtor, and I am the attorney debtor is seeking to employ by the application to which this Declaration is attached as Exhibit #1.

3. That I have experience in general civil law and civil litigation and I am qualified to represent debtor as counsel, and I am willing to accept employment on the basis set forth in the annexed application.

4. That my office is located at #1 Munoz Rivera, Naguabo PR 00718.

5. That to the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(13), nor am I, to the best of my knowledge, related or otherwise connected with debtor, the United States Trustee, debtor, the United States Trustee, debtor's counsel or any person employed by the Office of the United States Trustee other party in interest.

Maria I. Ortiz Rivera
Case No.: 14-00792-BKT
Page -2-

6. That there is no agreement to share any compensation or reimbursement to be received by any person or entity. 11 U.S.C. §504.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 29 day of April, 2014.

CARLOS J. CORREA RAMOS, ESQ
RUA #4593
PO Box 546
NAGUABO PR 00718
TEL/FAX. (787)874-2487
EMAIL: cjcorrea@prtc.net



# CARLOS J. CORREA RAMOS
### Abogado Notario
Correo electrónico: cjcorrea@prtc.net

PO Box 546  Naguabo, Puerto Rico 00718-0546  Teléfono y Fax: (787) 874-2487

## CURRICULUM VITAE

I. Personal circumstances:

    Name: Carlos J. Correa Ramos
    Parentes: Víctor Correa Pagán/ Angelina Ramos García, both deceased

    Civil status: Single - have two children, both of legal age.

    Current address:  PO Box 546
                            Naguabo, Puerto Rico 00718-0546

    Physical address:  M-13 15th Street
                             Urb. Ramón Rivero
                             Naguabo, Puerto Ricop 00718-0546

II. Education:

    High School: Graduated from José M. Gallardo High School at Juncos Puerto Rico in 1960.

    University:  BBA Degree from Universtity of Puerto Rico in 1968.

                      JD Degree form University of Puerto Rico in 1974.

                      Courses towards MBA Degree at Universidad del Turabo.

III. Military Service:

    US ARMY   From 1960 to 1963

III. Job Experience:

- 1968 - 1970  Administrative Assitant at Procter and Gamble Commercial Company.

    1970 - 1974  Administrative and Accounting work at University of Puerto Rico.

    1974 - Present: Lawyer and Notary Public with Law Offices in Naguabo,

Puerto Rico, General Practice.

1990 - 1998: Lecturer at Universidad del Turabo.

III. Proffesional Associations:

Colegio de Abogados de Puerto Rico

Sociedad Puertorriqueña de Genealogía

Asociación de la Familia Correa :

*[signature]*
CARLOS J. CORREA RAMOS
4 MARCH 2014

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-00792-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Apr 29 15:36:37 AST 2014 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Asociacion De Empleados De Gobierno<br>PO Box 70199<br>San Juan, PR 00936-8199 | Asociacion de Empleados de Ela<br>PO Box 70290<br>San Juan, PR 00936-8290 | BANCO POPULAR DE PR<br>Prestamo Hipotecario<br>PO Box 362708<br>San Juan, PR 00936-2708 |
| Chld/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Coop A/C Yabucoena y/o Yabucoop<br>Sistema De Retiro<br>PO Box 1<br>Yabucoa, PR 00767-0001 | DTOP<br>PO Box 41269 MINILLAS STATION<br>SAN JUAN, PR 00940-1269 |
| Fondo Coop<br>Minillas Sta PO BOX 42006<br>San Juan, PR 00940-2006 | Gecrb/JC Penney PR<br>PO Box 965007<br>Orlando, FL 32896-5007 | Gladymir Lopez Rodriguez<br>HC 04 Box 4088<br>Humacao, PR 00791-8907 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Radio/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Sears Credit Cards<br>PO Box 183081<br>Columbus, OH 43218-3081 |
| Sears/Cbna<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Sistema De Retiro<br>PO Box 42003<br>San Juan, PR 00940-2203 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARIA IVETTE ORTIZ RIVERA<br>PO BOX 1206<br>YABUCOA, PR 00767-1206 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Radio Shack<br>PO Box 183015<br>Columbus, OH 43218-3015 | (d)The Children's Place Plan<br>PO Box 183015<br>Columbus, OH 43218-3015 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients 20
Bypassed recipients 1
Total 21