IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 14-00792-BKT |
| MARIA IVETTE ORTIZ RIVERA | CHAPTER 13 |
| DEBTOR | |

**MOTION REQUESTING ENTRY OF ORDER
RE: APPLICATION FOR AUTHORIZATION TO RETAIN COUNSEL, DOCKET #17**

TO THE HONORABLE COURT:

**COMES NOW, MARIA IVETTE ORTIZ RIVERA,** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. Debtor filed the instant case on February 5, 2014.

2. Debtor desires and requires the employment of Carlos J. Correa Ramos, Esq. as counsel in order to continue to litigate an action commenced in state court by debtor against *Mapfre/Praico Ins. Co.; Juan I. Lopez Malave; Demandados Desconocidos A, B, C,; Aseguradoras X, y Z,* and also to litigate possible claims against that defendant(s) and /or any insurance agencies.

3. Therefore, the debtor hereby respectfully submits that on April 29, 2014, she filed an *Application for Authorization to Retain Counsel*, docket #17, in order to request that debtor be authorized to employ Carlos J. Correa Ramos, Esq. as counsel, to render the services as described in the foregoing application, with compensation to be paid at the end of the civil case. The motion has not been neither granted nor denied by the Court.

**WHEREFORE** it is respectfully requested from this Honorable Court that an Order to authorize debtor to employ Carlos J. Correa Ramos, Esq. as counsel be entered, in the above captioned case.

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor, Maria Ivette Ortiz Rivera, to her address of record: PO Box 1206 Yabucoa PR 00767; and to all creditors and interested parties, in the above captioned case.

**Page -2-**
**Motion Requesting Entry of Order**
**Case no. 14-00792-BKT13**

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 27th day of May, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com