IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 14-00792-BKT |
|---|---|
| MARIA IVETTE ORTIZ RIVERA | CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2012 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, MARIA IVETTE ORTIZ RIVERA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's proposed Plan dated July 7, 2014, provides that debtor's tax refunds will be paid into the Plan. See docket no. 25.

2. The debtor has received the 2013 tax refund in the sum of $1,674.00. Attached is copy of bank account statement, dated July 23, 2014, which reflects the direct deposit of the 2013 tax refund issued by Treasury Department of Puerto Rico.

3. The debtor respectfully submits to the Court that she needs to use these funds to pay for: household good expense. Attached is copy of household good expense estimate/invoice.

4. The debtor needs to use the funds from the 2013 "tax refund' to pay for this reasonable expense. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $380.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with the "tax refund".

Page - 2-
Debtor's Motion Requesting Order
Case no. 14-00792-BKT13

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose Ramon Carrion, Esq.; I also certify that a copy of this motion was sent via US Mail to debtor, Maria Ivette Ortiz Rivera, to her address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 7th day of July, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
PDDAM09                        BANCO POPULAR                       DATE 07/03/14
  CUENTA POPULAR         HISTORY SELECTION AS OF 07/02/14          TIME 08:31:44
ACCOUNT    137-06978-2   BOOK BAL    1,144.01   CYCLE       LAST STATEMENT    PAGE    01
NAME  ORTIZ MARIA        AVAIL BAL   1,144.01   CODE   DATE          BALANCE
   TRAN         TRACE                                   4  07/02/14            6.93
   DATE        NUMBER    Y  TRANSACTION DESCRIPTION           TRAN AMOUNT
 06/23/14  71007521956   EFT DEPOSIT   DEPTO. HACIENDA           1,674.00
                         REINTEGRO     140619584271864
             *****  END OF TRANSACTIONS    *****




********************          USER REQUEST INPUT      **************************
ACCOUNT NO. 137069782     SELECT BY AMOUNT 0000167400 AND/OR SERIAL
**************************  OPERATOR INSTRUCTIONS    **************************
ENTER-DISPLAY ACCOUNT  PF2-PAGE FORWARD     PF4-PAGE 1    PF6- DISPLAY STOPS
CLEAR-EXIT TO MENU     PF3- PAGE BACKWARD   PF5-LAST PAGE  PF7- PREVIOUS CYCLE
ONLY CURRENT CYCLE TRANSACTIONS ARE DISPLAYED. FOR PREV CYCLE, PRESS PF7
```



**tile international CORPORATION**

(Entrada Palmas del Mar)
HC-02 Box 11270 • Humacao, P.R. 00791
Tels. 1(787) 852-3636 • 850-2770
850-6440 • 852-8886
Fax 1 (787) 850-5044



**Home DECOR PLAZA**

• ARTÍCULOS DE FERRETERIA • DECORACIÓN • LOSAS ITALIANAS • TEJAS • JARDINERÍA • LÁMPARAS
• QUARRY TILE • EQUIPOS SANITARIOS • ACCESORIOS DEL BAÑO

CUSTOMER NAME: Maria I Ortiz Rivera
ADDRESS: Barrio Camino Nuevo Klo 2.3
PO Box 1206 Yabucoa 00767
PROJECT NAME:
ADDRESS:

**Sales Order**
TEL. 787-2344743
P.O. NO. Aduana
SALESPERSON
SHIPVIA #3047

All quotations, contracs and agreements are made contingent upon strikes, fires, floods, inability to secure cars, or other accidents beyond our control, and it is understood and agreed that delay of vessel chartered, or vessel on which space is engaged for shipment of this order, or inability of seller to charte suitable vessel or secure space for shipment of this order at time name shall not contitute a breach of this contract by the seller not authorize its cancellation by the buyer. Any increase in freight rates, after signing this order and war risk insurance for buyer account is not otherwise stated.
In case of national emergency price will be those prevailing at time of shipment.

| STOCK NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Puerta Ornamental doble 60x96 | 1 | | | 992.25 |
| 1 | Puerta 30x80 Heavy Duty Master/Italica | 17 pb | | | 561.00 |
| 2 | Cerradura | | 2 | 9.95 | 19.90 |

☐ CASH   ☐ CREDIT   ☐ COD   ☐ LAY AWAY

Unless otherwise state valid for 30 days

All returned merchandise for credits is subject to a 15% Re-Stocking charge subject to be returned in the sealed original carton not later than 15 days after the day of deliver.
No se aceptan devoluciones pasados los 15 días de la fecha de compra y sin factura. Crédito estará sujeto a un cargo de 15% del precio de venta. Toda Mercancía deberá ser devuelta en su empaque original y sin roturas. Gracias.

TILE INTERNATIONAL CORPORATION

| DEPOSIT | 1573.15 |
|---|---|
| BALANCE | |
| TAX ESTATAL 6% | 110.12 |
| TAX MUNICIPAL 1% | |
| TOTAL | $1,683.27 |

Delivered by
Date _____

Accepted by Customer
Date Junio-27/2014

*Miranda Printing (787) 713-1570*

**WE ARE NOT RESPOSIBLE FOR VARIATIONS IN TILE SHADES
NO SOMOS RESPONSABLES POR LAS TONALIDADES EN LAS LOZAS**