## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-00792 BKT |
| MARIA IVETTE ORTIZ RIVERA | * | CHAPTER 13 |
| DEBTOR | * | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **MARIA IVETTE ORTIZ RIVERA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated July 28, 2014, herewith and attached to this motion.

2. This amendment is filed to amend previous Plan provision to state that the "co-debtor" claim to be paid in full through the Trustee is claim no. 3-1 filed by creditor FONDO COOP.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 28th day of July, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                        Case No. **3:14-bk-792**

**ORTIZ RIVERA, MARIA IVETTE**                                                              Chapter **13**
                            Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **7/28/2014**
☐ PRE ☐ POST-CONFIRMATION                                           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **380.00** x **48** = $ **18,240.00**
$ **680.00** x **12** = $ **8,160.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **26,400.00**

Additional Payments:
$ **7,000.00** to be paid as a LUMP SUM within **9 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Claim for damages**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **33,400.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Reliable Financial Se** Cr. _____ Cr. _____
# **Claim 1-1**                # _____      # _____
$ **1,243.20**                 $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Asociacion De Empl**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Reliable Financial Se    Coop A/C Yabucoen,    Sistema De Retiro**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
          ☑ Paid 100% / ☐ Other: _____
Cr. **CFSE Fondo Coop**  Cr. _____  Cr. _____
# **3124-Claim 3**           # _____    # _____
$ **7,307.78**              $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,831.00**

Signed: **/s/ MARIA I ORTIZ RIVERA**
                       Debtor

_____
                   Joint Debtor

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

* "Christmas Bonus" payment of $1,600.00 will be devoted on December of each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

"Surrenders collateral" : Shares/savings in any Cooperativa/Association/Bank

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____ Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-00792-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 28 11:32:40 AST 2014 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Asociacion De Empleados De Gobierno<br>PO Box 70199<br>San Juan, PR  00936-8199 | Asociacion de Empleados de Ela<br>PO Box 364508<br>San Juan, PR 00936-4508 | BANCO POPULAR DE PR<br>Prestamo Hipotecario<br>PO Box 362708<br>San Juan, PR  00936-2708 |
| Chld/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Coop A/C Yabucoena y/o Yabucoop<br>Sistema De Retiro<br>PO Box 1<br>Yabucoa, PR  00767-0001 | DTOP<br>PO Box 41269 MINILLAS STATION<br>SAN JUAN, PR  00940-1269 |
| Fondo Coop<br>Minillas Sta PO BOX 42006<br>San Juan, PR  00940-2006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gecrb/JC Penney PR<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Gladymir Lopez Rodriguez<br>HC 04 Box 4088<br>Humacao, PR 00791-8907 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Radio/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Sears Credit Cards<br>PO Box 183081<br>Columbus, OH  43218-3081 | Sears/Cbna<br>PO Box 6283<br>Sioux Falls, SD  57117-6283 | Sistema De Retiro<br>PO Box 42003<br>San Juan, PR  00940-2203 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARIA IVETTE ORTIZ RIVERA<br>PO BOX 1206<br>YABUCOA, PR 00767-1206 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Radio Shack<br>PO Box 183015<br>Columbus, OH  43218-3015 | (d)The Children's Place Plan<br>PO Box 183015<br>Columbus, OH  43218-3015 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)RELIABLE FINANCIAL SERVICES, INC.        End of Label Matrix
P.O. BOX 21382                              Mailable recipients    21
SAN JUAN, PR  00928-1382                    Bypassed recipients     1
                                            Total                  22
```