IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 14-00792 BKT |
| MARIA IVETTE ORTIZ RIVERA | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**APPLICATION FOR ALLOWANCE OF COMPENSATION FOR
SPECIAL COUNSEL FOR THE DEBTOR**

TO THE HONORABLE COURT:

NOW COMES, **MARIA IVETTE ORTIZ RIVERA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states, prays and requests as follows:

1. On February 5, 2014, the debtor filed a *Voluntary Petition* for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§ 1301, et seq.

2. The debtor, as part of the bankruptcy estate assets, listed a cause of action against MAPFRE/Praico Insurance Company, consisting of a tort action.

3. On April 29, 2014, the debtor filed an application to employ Carlos J Correa Ramos, Esq., as Counsel for debtor to represent the debtor in the aforementioned cause of action, and the same was granted by this Honorable Court, docket entry numbers 17 and 21.

4. In this civil case number HSCI201200561, *Maria I Ortiz Rivera, et al. v. MAPFRE/Praico Insurance Company*, the parties reached an agreement for the sum of $15,000.00.

Page -2-
Debtors' Motion Requesting Order
Case 14-00792 BKT13

5. A summary of the fees requested, and for which this application is filed, is as follows:

AGREEMENT AMOUNT..............................$15,000

SPECIAL COUNSEL RATE........................... 33%

ATTORNEYS FEES AT 33%.............................$ 4,950

**TOTAL COMPENSATION .............................$ 4,950**

6. Attached is Special Counsel's Application for compensation, duly signed by Carlos J Correa Ramos, Esq., wherein Special Counsel states that he is a disinterested person in the above captioned case and is not involved in any other aspect of the debtor's bankruptcy petition.

**WHEREFORE**, the debtor respectfully requests this Honorable Court grant the present motion and enter an Order allowing the requested compensation of $4,950.00 for professional services rendered in this case from the funds of the estate.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law;**

Page -3-
Debtors' Motion Requesting Order
Case 14-00792 BKT13

(ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to: the US Trustee's Office, Monsita Lecaroz Arribas, Esq., Assistant US Trustee; to the Chapter 13 Trustee Jose Ramon Carrion Morales, Esq.; I also certify that a copy of this motion was sent via US Mail to debtor Maria Ivette Ortiz Rivera, PO Box 1206 Yabucoa PR 00767; and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 16th day of October, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 746-5294
Email: rfigueroa@rfclawpr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA IVETTE ORTIZ RIVERA
Debtor(s)

CASE NO. 14-00792(BKT)

CHAPTER 13

## APPLICATION FOR ALLOWANCE OF COMPENSATION

TO THE HONORABLE COURT:

The undersigned, Special Counsel respectfully submits this application for compensation pursuant to 11 U.S.C. 331, as follows:

1. That the above case is a case under Chapter 13 of the Bankruptcy Code.

2. That upon application filed with this Honorable Court by the debtor in this case, your applicant was authorized to act as counsel in order to represent the debtor on a civil case for damages filed at the Humacao First Instance Court.

3. All professional services for which allowance for compensation are hereby applied for were performed by your applicant for the benefit of the estate. These services were related to the legal representation of the debtor to recover compensation for damages in the sum of $15,000.00.

4. The fees in this application for compensation are the ones stated in the application for appointment of this Attorney as Counsel for the Debtor. Such fees are consistent with prevailing fees in the community for legal services.

5. Enclosed herein is a detailed Invoice describing the services performed.

-2-

6. Parties in interest are hereby advised that the detailed Invoice referred to above has been filed with the office of the Clerk of the Court together with this application where they may be examined during the business hours of said office.

7. There are no agreements on the part of your applicant for the sharing of any of the compensation applied for with any other person.

WHEREFORE, based on the foregoing, it is respectfully requested that this Honorable Court enters an Order allowing the compensation applied for in the amount of $4,950.00 or a 33% of the monthly compensation for damages paid to the debtor in the above describe civil case.

### UNSWORN DECLARATION UPON PENALTY OF PERJURY

The undersigned certifies under penalty of perjury that I have read the foregoing application by me subscribed, and that the facts set forth therein are true to the best of my knowledge and belief.

/s/ *Carlos J. Correa Ramos*
Carlos J. Correa Ramos

### NOTICE TO ALL PARTIES IN INTEREST

**YOU ARE HEREBY NOTIFIED,** that unless a creditor and/or any party in interest files an opposition to this motion within **TWENTY ONE (21) DAYS** of the date hereof, the **Honorable Court may grant the same without the need of a further hearing.**

-3-

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to Debtor's attorney, to the Chapter 13 Trustee, to the office of the U.S. Trustee and to all CM/ECF participants; as well to all other parties in the master address list via first class mail, postage prepaid.

Respectfully Submitted.

In San Juan, Puerto Rico, this 3 day of October, 2014.

/s/ *Carlos J. Correa Ramos*
Carlos J. Correa Ramos
RUA #4593
PO Box 546
NAGUABO PR 00718
TEL/FAX: (787)874-2487
EMAIL: cjcorrea@prtc.net

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE HUMACAO

| | | |
|---|---|---|
| MARIA I. ORTIZ RIVERA Y OTROS<br>Demandante | * | CIVIL NUM: HSCI201200561 |
| v. | * | Sobre: |
| MAPFRE/PRAICO INSURANCE<br>COMPANY Y OTROS<br>Demandados | * | DAÑOS Y PERJUICIOS |

### INVOICE

| | | |
|---|---|---|
| 1. | Assumed legal representation of Plaintiff Maria I. Ortiz Rivera | 04/02/2013 |
| 2. | Meeting with client to answer interrogatories and providing answers to Defendants | 02/2013 |
| 3. | File interrogatories to Defendants | 03/25/2013 |
| 4. | Preparation and filing of Initial Report | 03/2013 |
| 5. | Monitor Dr. Ivette M. Ríos Mejíia for Expert Witness Medical Report | 05/2014 |
| 6. | Meeting with and preparation of report by Expert Witness, Eng. Gil R. Nieves | 09/2013 |
| 7. | Taking of deposition to Plaintiff | 10/21/2013 |
| 8. | Negotiations with Defendants to settle the case | 03/2014 |
| 9. | Settlement with Defendants | 05/26/2014 |
| 10. | Hearings in Court | 02/2013 to 08/11/2014 |

At Naguabo, Puerto Rico this 27th day of August, 2014.

*[signature]*
CARLOS J. CORREA RAMOS
Abogado del María I. Ortiz Rivera
RUA 4593
PO Box 546
Naguabo, Puerto Rico 00718-0546
Teléfono y fax: 787-874-2487
Correo electrónico: cjcorrea@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-00792-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Oct 6 09:08:49 AST 2014 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Asociacion De Empleados De Gobierno<br>PO Box 70199<br>San Juan, PR 00936-8199 | Asociacion de Empleados de Ela<br>PO Box 364508<br>San Juan, PR 00936-4508 | BANCO POPULAR DE PR<br>Prestamo Hipotecario<br>PO Box 362708<br>San Juan, PR 00936-2708 |
| Chld/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Coop A/C Yabucoena y/o Yabucoop<br>Sistema De Retiro<br>PO Box 1<br>Yabucoa, PR 00767-0001 | DTOP<br>PO Box 41269 MINILLAS STATION<br>SAN JUAN, PR 00940-1269 |
| Fondo Coop<br>Minillas Sta PO BOX 42006<br>San Juan, PR 00940-2006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gecrb/JC Penney PR<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Gladymir Lopez Rodriguez<br>HC 04 Box 4088<br>Humacao, PR 00791-8907 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Radio/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Sears Credit Cards<br>PO Box 183081<br>Columbus, OH 43218-3081 | Sears/Cbna<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Sistema De Retiro<br>PO Box 42003<br>San Juan, PR 00940-2203 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARIA IVETTE ORTIZ RIVERA<br>PO BOX 1206<br>YABUCOA, PR 00767-1206 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Radio Shack<br>PO Box 183015<br>Columbus, OH 43218-3015 | (d)The Children's Place Plan<br>PO Box 183015<br>Columbus, OH 43218-3015 | |